ORIGINAL

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtors

**FILED**

DEC - 6 2010

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

In Re:

ANTHONY BARNEY SALAZAR

FELIPA MARTINEZ SALAZAR

Debtors

) Chapter 13
)
) Case No. 05-52975 ASW
)
) **NOTICE OF UNCLAIMED DIVIDEND**
)
)
)

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2480303 for an unclaimed dividend in the amount of $9.26. The name and address of the claimant entitled to the unclaimed dividend is as follows;

    ANTHONY BARNEY SALAZAR
    FELIPA MARTINEZ SALAZAR
    3550 MCKEE RD
    SAN JOSE, CA 95127

Dated: December 02, 2010

_____
DEVIN DERHAM-BURK, TRUSTEE